IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY OTT,

      Plaintiff,                        No. CIV S-05-1348 FCD GGH P

     vs.

J. WOODFORD, et al.,

      Defendants.               <u>ORDER</u>

_____/

        On May 17, 2006, the court dismissed plaintiff's complaint with leave to amend and granted plaintiff's request to proceed in forma pauperis. On June 1, 2006, plaintiff filed a letter with the court asking if he could "withdraw" his complaint and his request to proceed in forma pauperis. Pursuant to Fed. R. Civ. P. 41(a), the case is dismissed. The Clerk is ordered to close the case.

DATED: 6/23/06                                       /s/ Gregory G. Hollows

                                                 GREGORY G. HOLLOWS
                                                 UNITED STATES MAGISTRATE JUDGE

GGH:bb
ott1348.59