IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY OTT,

      Plaintiff,                    No. CIV S-05-1348 FCD GGH P

   vs.

J. WOODFORD, et al.,

      Defendants.          ORDER

_____/

        On June 23, 2006, the court dismissed this action. On July 31, 2006, plaintiff filed a letter with the court inquiring as to whether his obligation to pay the filing fee was dismissed as well. Plaintiff is informed that even though this action was dismissed, he is still obligated to pay the filing fee.

        IT IS SO ORDERED.

DATED: 8/16/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:bb
ott1348.ifp